[No. 1086-2.    Division Two.    May 24, 1974.]

J. C. PENNEY CO., INC., et al., *Respondents*, v. THOMAS W. HUTSON et al., *Defendants*, NORMAN L. IVERSON et al., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County No. 202148, James V. Ramsdell, J., entered April 9, 1973. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 851-3.    Division Three.    May 28, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED LEE SANDLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 61861, John C. Tuttle, J., entered April 25, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., McInturff, J., dissenting.

[No. 903-3.    Division Three.    May 28, 1974.]

*In the Matter of the Welfare of* KATHRYN E. SMITH et al., *Minors*.

Appeal from a judgment of the Superior Court for Douglas County, No. J-496, B. J. McLean, J., entered June 14, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 994-3.    Division Three.    May 31, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. FITZPATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21251, George T. Shields, J., entered August 2, 1973. *Affirmed* by unpublished per curiam opinion.